OPINION — AG — ** HUMAN RIGHTS COMMISSION — POWERS ** THE DISCOVERY MACHINERY PROVIDED FOR IN 25 O.S. 1971 1501 [25-1501](6) CAN PROPERLY BE EXERCISED IN AID OF THE INVESTIGATION AND DURING THE COURSE OF SAME. 25 O.S. 1971 1508 [25-1508](A) RELATES TO THE REQUIREMENTS AND SUFFICIENCY OF THE SUBPOENA PROCESS AND MAY PROPERLY COMPLEMENT THE PROVISIONS OF 25 O.S. 1971 1501 [25-1501](6) CITE: 25 O.S. 1971 1101 [25-1101], 25 O.S. 1971 1502 [25-1502], 25 O.S. 1971 1508 [25-1508](A) (NATHAN J. GIGGER)